# Exhibit 1

LinkedIn | Search | Home | People | Jobs | Messaging | Notifications | Me | Try Premium for Free

**Employment discrimination** - Aiding employees who have experienced discrimination or sex...

# MAKE AMERICA GREAT AGAIN !

## Ray Reynolds • 3rd
Owner at RAYzor's Edge Photography L.L.C.
Donald J. Trump for President Campaign
Collinsville, Virginia • 500+

Send InMail

PHOTOGRAPHY EXPERIENCE:  Oak Level Raceway Track Photographer   2004 - 2007 Wythe Raceway Photographer  2007 - 2008 Lake Sugartree Motorcross Photographer   2004 - 2007 Martinsville Phillies Photographer   2003 Martin…

See more

### Ray's Activity
921 followers

+ Follow

 NCI Announces New Assistant Director | New College Institute
Ray liked

 The Amazing power of Red 👗👠❄❄ 👠👗❄❄ Enjoy your wonderful…
Ray liked

 Home
Ray liked

 Was great meeting Katrina Pierson to give her the copy of my book Tre Tru…
Ray shared this

 Glad to tell my story to YourVoice
Ray shared this

 https://lnkd.in/dZbyZuA
Ray shared this

See all activity

## Experience

 **Photographer**
Donald J. Trump for President Campaign
Aug 2015 – Present  • 2 yrs 5 mos
East Coast, USA

I photographed 45 Trump campaign events including the Election Night Victory Celebration at the Midtown Hilton in NYC.
--exclusive photographer for Vets for Trump events in Virginia and North Carolina.
--exclusive photographer for FOX News Network for The Sean Hannity Show in Fayetteville, North Carolina featuring Donald Trump and Wounded Warrior Tony Porta.
--Chief Assistant Photographer for Donald J. Trump for President South Carolina Primary.
--Exclusive meet and greet photographer for Donald Trump at Aiken, South Carolina event.
--Personal photographer for Governor Mike Pence at Virginia Beach for two events.
--Exclusive meet and greet photographer for Governor Mike Pence at Greensboro, North Carolina event.

---

### Promoted

 **Get A New Job In Media!**
We have over a thousand media jobs listed. Join MediaGigNow for free!

 **MA in Prof. Communication**
Become a specialist in communication at USF. Scholarships available.

 **Accepting MBA Candidates**
Apply for a top-ranked Jack Welch MBA, 100% online - Classes start Jan 2nd.



### People Also Viewed

 **Gina Kennett** • 3rd
Market Manager Member One Federal Credit Union NMLS# 657655

 **Darrell Snead** • 3rd
Plant Controller at Bassett Furniture Industries

 **Scott Norman** • 3rd
Sales, The Nelson Automotive Family Master Certified Ford

 **Jason Muehleck** • 3rd
VP at Ameristaff Employment and Staffing Solutions

 **Jim Lockman**
President at Lockman & Associates

 **Letitia Pulliam** • 3rd
Executive Assistant at Patrick Henry Community College Foundation

 **Barbara Waldron** • 3rd
Director of Human Resources/Administrative Assistant Carlisle School

 **Rod Berry** • 3rd
Associate Broker at Berry Elliott Realtors

 **linda puccio**
Independent Apparel & Fashion Professional

 **Robert Ramsey** • 3rd
Owner/Operator at Marathon Finance Inc

### Popular courses on LinkedIn Learning

 **Douglas Kirkland on Photography: Photographing Kids and Families**
Viewers: 17,090

Search

Try Premium for Free

Personal photographer for Admiral Rabic at campaign event at Virginia Beach.

**Owner**
RAYzor's Edge Photography L.L.C.
2003 – Present • 14 yrs

The Man with the Yellow Camera

## Volunteer Experience

**Volunteer Social Media Photographer for Donald J. Trump for President Campaign**
45 Events on East Coast including Election Night Victory Celebration-Midtown Hilton-NYC
Aug 2015 – Present • 2 yrs 5 mos

## Featured Skills & Endorsements

Portraits · 56 — **Alan Sheely and 55 connections** have given endorsements for this skill

Commercial Phot... · 32 — **Alan Sheely and 31 connections** have given endorsements for this skill

Headshots · 30 — **Alan Sheely and 29 connections** have given endorsements for this skill

See 27 more skills

## Accomplishments

1 **Project**
Trump to Whitehouse

## Interests

**Sinclair Broadcast Group**
22,788 followers

**Content Critical Solutions, Inc.**
312 followers

**Photography (2056064)**
163,310 members

**Animal Training Academy**
24 followers

**Flynn Intel Group**
503 followers

and Photoshop

Promoted

**Get A New Job In Media!**
We have over a thousand media jol listed. Join MediaGigNow for free!

**MA in Prof. Communication**
Become a specialist in communicat at USF. Scholarships available.

**Accepting MBA Candidates**
Apply for a top-ranked Jack Welch MBA, 100% online - Classes start J 2nd.

Linked in

About
Community Guidelines
Privacy & Terms
Send feedback

Questions?
Visit our Help Center.

Manage your account and privacy.
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2017



