# EXHIBIT A




# RAYzor's Edge Photography

Home   About Us   Portfolio   Events   Contact Us   Shopping Cart   My Account   Login   Help



























© Copyright 2018 RAYzor's Edge Photography
All Rights Reserved. Unauthorized reproduction prohibited by law.

PhotoReflect Privacy Policy   |   Copyright and Disclaimer   |   Who Should I Contact?

© 1999 - 2018 PhotoReflect LLC.

rayzorsedgephotography