# EXHIBIT B



| Try Prime | Books ▼ | ray reynolds trump |
| --- | --- | --- |

Departments ▼ | Your Amazon.com | Today's Deals | Gift Cards | EN | Hello. Sign in Account & Lists ▼ | Orders | Try Prime ▼ | 0 Cart

Books | Advanced Search | New Releases | NEW! Amazon Charts | Best Sellers & More | The New York Times® Best Sellers | Children's Books | Textbooks

Most Read Books of 2017 charts

‹ Back to search results for "ray reynolds trump"





See all 2 images

### The Trump Movement: My Path, My Purpose Hardcover – February 16, 2017

by **Ray "Rayzor" Reynolds** ▼ (Author), **Fran D. Lowe** (Editor), **Chris Ann Waters** (Performer)

★★★★★ 5 customer reviews

See all 2 formats and editions

| Hardcover $45.00 |
| --- |

7 Used from $35.00
16 New from $45.00

---

Share

**Buy New**    $45.00

Qty: [ 1 ▼ ]

**FREE Shipping.**

**Only 1 left in stock (more on the way).**

Ships from and sold by Amazon.com. Gift-wrap available.

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

[ Add to Cart ]

*Turn on 1-Click ordering for this browser*

Want it Friday, Jan. 12? Order within **19 hrs 51 mins** and choose **One-Day Shipping** at checkout. Details

**Ship to:**
hicksville, 11801

Buy Used    $35.00

[ Add to List ]

Have one to sell?    [ Sell on Amazon ]

---



**The War State: The...**
by Michael Swanson

Grab this book and find out how the power elite and military-industrial complex created today's deep state after World War II to fight the Cold...

› Learn more

Ad feedback

1/10/2018, The Trump Movement: Why God, My Purpose: Ray "Rayzor" Reynolds, Fran D. Lewis, Chris Ann Waters: 9781938796241: Amazon.com: Books

Case 1:17-cv-06720-DLC Document 24-2 Filed 01/12/18 Page 3 of 3

Images (2)



