# EXHIBIT D



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*
United States Register of Copyrights and Director

**Registration Number**
**VAu 1-239-928**
Effective Date of Registration:
January 21, 2016

## Title
Title of Work: Donald Trump Campaign photos/November 15-Jan 16

## Completion/Publication
Year of Completion: 2016

## Author
- Author: Ray Paige Reynolds
  Author Created: photograph
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant
Copyright Claimant: Ray Paige Reynolds
65 Printers Lane, Collinsville, VA, 24078

## Rights and Permissions
Organization Name: Rayzors Edge Photography
Name: Ray Paige Reynolds
Email: rayzorsedgephotography@gmail.com
Telephone: (276)340-2000
Alt. Telephone: (276)340-2000
Address: 2763402000
2763402000
Collinsville, VA 24078 United States

## Certification
Name: Ray Paige Reynolds Jr
Date: January 21, 2016

Page 1 of 2



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Ray Reynolds)[ in Name Claimant ]
Search Results: Displaying 22 of 74 entries



*Donald Trump Campaign photos/November 15-Jan 16.*

**Type of Work:** Visual Material
**Registration Number / Date:** VAu001239928 / 2016-01-21
**Application Title:** Donald Trump Campaign photos/November 15-Jan 16.
**Title:** Donald Trump Campaign photos/November 15-Jan 16.
**Description:** Electronic file (eService)
**Copyright Claimant:** Ray Paige Reynolds. Address: 65 Printers Lane, Collinsville, VA, 24078.
**Date of Creation:** 2016
**Authorship on Application:** Ray Paige Reynolds; Domicile: United States; Citizenship: United States. Authorship: photograph.
**Rights and Permissions:** Ray Paige Reynolds, Rayzors Edge Photography, 2763402000, 2763402000, Collinsville, VA, 24078, United States, (276) 340-2000, (276) 340-2000, rayzorsedgephotography@gmail.com
**Copyright Note:** Basis for Registration: an unpublished collection.
**Names:** Reynolds, Ray Paige



