# EXHIBIT E



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Ray Reynolds)[ in Name Claimant ]
Search Results: Displaying 22 of 74 entries



*Donald Trump Campaign photos/November 15-Jan 16.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001239928 / 2016-01-21 |
| **Application Title:** | Donald Trump Campaign photos/November 15-Jan 16. |
| **Title:** | Donald Trump Campaign photos/November 15-Jan 16. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Ray Paige Reynolds. Address: 65 Printers Lane, Collinsville, VA, 24078. |
| **Date of Creation:** | 2016 |
| **Authorship on Application:** | Ray Paige Reynolds; Domicile: United States; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Ray Paige Reynolds, Rayzors Edge Photography, 2763402000, 2763402000, Collinsville, VA, 24078, United States, (276) 340-2000, (276) 340-2000, rayzorsedgephotography@gmail.com |
| **Copyright Note:** | Basis for Registration: an unpublished collection. |
| **Names:** | Reynolds, Ray Paige |



