# EXHIBIT G

## another story using my photo without permission
1 message

**Ray Reynolds** <Ray@rayzorsedgephotography.com>
To: Donna Halperin <dh@liebowitzlawfirm.com>



Ray Reynolds
Ray@rayzorsedgephotography.com
276-340-2000
To reserve your copy of MY Presidential Books go to www.DJT.digital



PastedGraphic-1.tiff
40K