# EXHIBIT H

 Gmail

Donna Halperin <dhimagemag@gmail.com>

---

## permission
1 message

---

**Ray Reynolds** <Ray@rayzorsedgephotography.com>                          Tue, May 16, 2017 at 3:10 PM
To: Donna Halperin <dh@liebowitzlawfirm.com>

Photos taken at the Trump events was give to President Trump to use for campaign use only . I never signed away my rights or allowed anyone to sell my photos for a profit.
Ray Reynolds
Ray@rayzorsedgephotography.com
276-340-2000
To reserve your copy of MY Presidential Books go to www.DJT.digital

---



**PastedGraphic-1.tiff**
40K