UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAY REYNOLDS,<br><br>                    Plaintiff,<br><br>- against -<br><br>HEARST COMMUNICATIONS, INC.<br><br>                    Defendant. | Docket No. 17-cv-06720 (DLC) |

### DECLARATION NO. 2 OF RAY REYNOLDS

**RAY REYNOLDS**, under the penalty of perjury, declares:

1.      I am the plaintiff in this copyright infringement lawsuit and submit this declaration in further support of my opposition to Defendant Hearst Communications, Inc.'s motion for a bond under L.R. 54.2.

2.      It has been reported that roughly eighty percent (80%) of Americans live paycheck-to-paycheck.  Attached as Exhibit A is a true and correct copy of a recent CBS News article, published September 25, 2017, reporting that 80% of Americans live paycheck-to-paycheck.

3.      As a working-class photographer and building contractor, I fall within that eighty percentile of Americans who live paycheck-to-paycheck.  While I am not insolvent, I do attest that I am impecunious.

4.	Because whatever cash assets I have available must be used to finance my on-going living expenses and to purchase construction materials, I do not have the financial capacity to comply with a Court Order to post security in this case.

5.	I currently maintain two bank accounts: (1) Rayzors Edge Photography LLC d/b/a DJT.Digital; and (2) Ray P Reynolds d/b/a Ray Reynolds Construction.

6.	The ending balance for my "Rayzors Edge Photography LLC" account for the months October-December 2017 were as follows:  $653.87 (10/31/17); $450.17 (11/30/17); $453.29 (12/29/17).  Attached as <u>Exhibit B</u> are true and correct copies of my bank statements for my "Rayzors Edge Photography LLC" account for the months October-December 2017.

7.	The ending balances for my "Ray P Reynolds dba Ray Reynolds Construction" account for the months October-December 2017 were as follows: $1,603.17 (10/31/17); $4,124.02 (11/30/17); $7,953.34 (12/31//17).  The ending balance for December 2017 has already been expended to purchase construction materials for this month's projects. Attached as <u>Exhibit C</u> are true and correct copies of my bank statements for my "Ray P Reynolds dba Ray Reynolds Construction" account for the months October-December 2017.

Dated: January 12, 2018
Collinsville, Virginia

I swear under the penalty of perjury that the foregoing statements are true and correct to the best of my personal knowledge.

*Ray Reynolds*
_____
Ray Reynolds (the plaintiff)