# EXHIBIT A

New York    Search

   44°

    

HOME | NEWS | SPORTS | WEATHER | TRAFFIC | AUDIO | VIDEO | E.S.P. | CONTESTS | MORE



# 80 Percent Of Americans Living Paycheck To Paycheck, Survey Finds

September 25, 2017 at 3:28 pm

Filed Under:   Chris Melore,   living in debt,   living paycheck to paycheck,   Talkers

Advertisement. Your video will resume in 77 seconds.

You can skip this ad in 3

Ad : (1:17)

**Watch & Listen LIVE**



**FOLLOW US ON**

✉ Sign Up for Newsletters

**(CBS Local)** — According to a new survey, the majority of Americans are caught in a desperate cycle of working   just to make ends meet. Researchers at Careerbuilder.com say nearly four in five U.S. workers are living paycheck to paycheck, with many racking up more and more debt.

The employment website released their findings, which show   a staggering 78 percent of workers say they're living paycheck to paycheck. The survey polled over 2,300 employers   and 3,400 workers in the private sector across the country. That number was up three percent from 2016 and continues to be felt more by Americans earning less than $100,000 a year. Only nine percent of full-time workers making over that mark said they struggled to make ends meet.

ADVERTISING




CareerBuilder's chief human resources officer says all the time people spend dreading how they'll make it to payday is actually making things worse for their bosses. "As an employer, your employees' financial problems become your financial problems," says Rosemary Haefner. "If workers are constantly thinking about their financial struggles, their quality of work can decrease, and it can take a hit on their morale and productivity."

The survey also revealed the growing number of people who are living in debt and their thoughts on an uncertain future. The poll shows 71 percent of all workers say they are in some sort of debt. Even more unnerving, 56 percent of those people believe they will never get themselves out of debt.

As paychecks continue to not go as far as they used to, some are placing the blame on the rising cost of housing. The reports point to statistics which show home values and rent are rising at twice the rate of U.S. wages.



AD 00:03 / 00:15

SPONSORED CONTENT

**Entrepreneur Elevator Pitch Ep12: Glamping, Stress Relievers, Burgers and More!**

Watch the season finale of Entrepreneur's fast-paced pitch show, then head to Indiegogo to support the next million-dollar idea. Catch up on ...

*Promoted by* **Connatix**

**You May Like**                                               Sponsored Links by Taboola

People In Heavy CC Debt Are In For Big Surprise
**Weekly Financial**

Bitcoin is Dead - This Will Make Investors Rich in 2018
**Bonner and Partners Subscription**

**20 Celebrities Whose Siblings Are More Attractive Than They Are**
Hooch

**12 Viral Products Everyone Will Buy In 2018**
Lifed

**Angelina Jolie Walks the Dog in Surprisingly Affordable Pumps**
Vogue for Everlane

**$50 off New Hybrid That 24 out of 24 Testers Were Blown Away By**
iRT5 Golf

**Handmade Boots That Won't Break The Bank By Tecovas**
Tecovas Handmade Boots

**This Tiny Device Will Power Everything by 2020**
Banyan Hill Publishing



## More From CBS New York

## CBS New York

Follow Us

### NEWS
New York News
New Jersey News
Connecticut News
Traffic
Weather
Business
Consumer
Entertainment
HealthWatch

### SPORTS
Yankees
Mets
Giants
Jets
Knicks
Nets
Rangers
Devils
Islanders

### EAT.SEE.PLAY
Eat
See
Play
Travel
Events

### WATCH + LISTEN
CBS 2
1010 WINS
WCBS Newsradio 880
WFAN Sportsradio 66/101.9
Contests & Promotions

### WFAN SHOWS
Boomer & Gio
The Afternoon Drive
Joe & Evan
Steve Somers
On-Air Schedule
Streaming Schedule

### CORPORATE
About Us
Advertise
Business Development
Contact
Mobile
Connect
Only CBS
CBS Television Jobs
CBS Television Public File

Politics
Technology
Local

NYCFC

CBS Radio Public File

©2018 CBS Broadcasting Inc. All Rights Reserved.
Powered by WordPress.com VIP

By viewing our video content, you are accepting the terms of our Video Services Policy

Privacy Policy    Terms of Use    Your California Privacy Rights    Mobile User Agreement    Ad Choices    EEO Reports
CBS Television Public File    CBS Radio Public File