# EXHIBIT B

```
                                        Date 10/31/17           Page    1
                                        ACCOUNT NO.     @XXXXXXXXXX@4301
                                        ENCLOSURES



        Rayzors Edge Photography LLC
        DBA DJT.Digital
        65 Printers Ln
        Collinsville VA 24078




******************************  CHECKING ACCOUNT  ******************************
ACCOUNT TITLE:          Rayzors Edge Photography LLC
                        DBA DJT.Digital

BUSINESS CHECKING                       ITEM TRUNCATION
ACCOUNT NUMBER          @XXXXXXXXXX@4301 Statement Dates  10/02/17 thru 10/31/17
PREVIOUS BALANCE               1,176.29 DAYS IN THE STATEMENT PERIOD         30
   1 DEPOSITS/CREDITS            159.90
   3 CHECKS/DEBITS               682.32
SERVICE CHARGE                      .00
INTEREST PAID                       .00
ENDING BALANCE                   653.87
```

|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| TOTAL OVERDRAFT FEES | $.00 | $36.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $.00 |

```
--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - - - CREDITS - - - - - - - - - - - - - - - *
DATE       DESCRIPTION                              AMOUNT
10/23      Payment    PHOTOREFLECT LLC              159.90
           Ray Reynolds
           111901231914554 CCD

--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - - - DEBITS  - - - - - - - - - - - - - - - *
DATE       DESCRIPTION                              AMOUNT
10/17      Transf to BUSINESS          0003         600.00-
```

```
                                        Date 10/31/17           Page    2
                                        ACCOUNT NO.     @XXXXXXXXXX@4301
                                        ENCLOSURES




BUSINESS CHECKING                @XXXXXXXXXX@4301  (Continued)
* - - - - - - - - - - - - - - - - - - DEBITS - - - - - - - - - - - - - - - - - - *
DATE     DESCRIPTION                                    AMOUNT
         Confirmation number 1017170090
10/17    CLUB FEES   PLANET FIT                          10.00-
         RAY REYNOLDS
         062000014667423     PPD
10/24    TAX PAYMEN VA DEPT TAXATION                     72.32-
         Rayzors Edge Photograp
         061000109408524 CCD

--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - -  DAILY BALANCE SUMMARY - - - - - - - - - - - - *
DATE              BALANCE DATE              BALANCE DATE              BALANCE
10/02            1,176.29 10/17              566.29 10/23               726.19
10/24              653.87
```

```
                                        Date 11/30/17           Page      1
                                        ACCOUNT NO.       @XXXXXXXXXX@4301
                                        ENCLOSURES




        Rayzors Edge Photography LLC
        DBA DJT.Digital
        65 Printers Ln
        Collinsville VA 24078




******************************  CHECKING ACCOUNT  ******************************
ACCOUNT TITLE:          Rayzors Edge Photography LLC
                        DBA DJT.Digital

BUSINESS CHECKING                        ITEM TRUNCATION
ACCOUNT NUMBER        @XXXXXXXXXX@4301   Statement Dates  11/01/17 thru 11/30/17
PREVIOUS BALANCE              653.87     DAYS IN THE STATEMENT PERIOD         30
   3 DEPOSITS/CREDITS         906.83
   2 CHECKS/DEBITS          1,110.00
SERVICE CHARGE                   .00
INTEREST PAID                    .00
ENDING BALANCE                450.70
```

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|----------------------:|-------------------:|
| TOTAL OVERDRAFT FEES     | $.00                  | $36.00             |
| TOTAL RETURNED ITEM FEES | $.00                  | $.00               |

```
* - - - - - - - - - - - - - - - - - -  CREDITS  - - - - - - - - - - - - - - - - - - *
DATE       DESCRIPTION                                 AMOUNT
11/06      Payment    PHOTOREFLECT LLC                 274.78
           Ray Reynolds
           111901231942448 CCD
11/06      Trsf from BUSINESS         0003             600.00
           Confirmation number 1106170014
11/20      Payment    PHOTOREFLECT LLC                  32.05
           Ray Reynolds
           111901231973691 CCD
```

```
                                              Date 11/30/17        Page     2
                                              ACCOUNT NO.   @XXXXXXXXXX@4301
                                              ENCLOSURES
```



```
BUSINESS CHECKING              @XXXXXXXXXX@4301  (Continued)

--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - DEBITS  - - - - - - - - - - - - - - - - - *
DATE      DESCRIPTION                                       AMOUNT
11/17     CLUB FEES  PLANET FIT                              10.00-
          RAY REYNOLDS
          062000015821304    PPD

--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - CHECKS PAID - - - - - - - - - - - - - - - - *
DATE   CHECK NO       AMOUNT
11/06    1624        1,100.00
* DENOTES MISSING CHECK NO.

--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - DAILY BALANCE SUMMARY - - - - - - - - - - - - *
DATE               BALANCE  DATE             BALANCE  DATE              BALANCE
11/01               653.87  11/06             428.65  11/17              418.65
11/20               450.70
```

```
                                        Date 12/29/17        Page     1
                                        ACCOUNT NO.      @XXXXXXXXXX@4301
                                        ENCLOSURES




        Rayzors Edge Photography LLC
        DBA DJT.Digital
        65 Printers Ln
        Collinsville VA 24078




******************************  CHECKING ACCOUNT  ******************************
ACCOUNT TITLE:          Rayzors Edge Photography LLC
                        DBA DJT.Digital

BUSINESS CHECKING                        ITEM TRUNCATION
ACCOUNT NUMBER          @XXXXXXXXXX@4301 Statement Dates  12/01/17 thru 12/31/17
PREVIOUS BALANCE                  450.70 DAYS IN THE STATEMENT PERIOD         31
    3 DEPOSITS/CREDITS            380.41
    2 CHECKS/DEBITS               377.82
SERVICE CHARGE                       .00
INTEREST PAID                        .00
ENDING BALANCE                    453.29
```

|                           | Total For This Period | Total Year-to-Date |
|---------------------------|----------------------:|-------------------:|
| TOTAL OVERDRAFT FEES      | $.00                  | $36.00             |
| TOTAL RETURNED ITEM FEES  | $.00                  | $.00               |

```
--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - -  CREDITS  - - - - - - - - - - - - - - - - *
DATE     DESCRIPTION                                     AMOUNT
12/04    WEPAY      WePay SV9T                            22.72
         Ray Reynolds
         242071757330626     PPD
12/04    Payment    PHOTOREFLECT LLC                      57.69
         Ray Reynolds
         111901231998809 CCD
12/14    Phone/In- Transfer                              300.00
         Per: Ray reynolds
```

```
                                          Date 12/29/17           Page    2
                                          ACCOUNT NO.     @XXXXXXXXXX@4301
                                          ENCLOSURES
```

```
BUSINESS CHECKING                 @XXXXXXXXXX@4301  (Continued)
--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - - DEBITS  - - - - - - - - - - - - - - - - *
DATE     DESCRIPTION                                    AMOUNT
12/18    CLUB FEES  PLANET FIT                           10.00-
         RAY REYNOLDS
         062000010066081    PPD

--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - CHECKS PAID - - - - - - - - - - - - - - - *
DATE   CHECK NO       AMOUNT
12/15     1625        367.82
* DENOTES MISSING CHECK NO.

--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - DAILY BALANCE SUMMARY - - - - - - - - - - - *
DATE             BALANCE  DATE             BALANCE  DATE             BALANCE
12/01             450.70  12/04             531.11  12/14             831.11
12/15             463.29  12/18             453.29
```