# EXHIBIT C

```
                                        Date 12/29/17            Page    1
                                        ACCOUNT NO.      @XXXXXXXXXX@4001
                                        ENCLOSURES




        Ray P Reynolds
        DBA Ray Reynolds Construction
        65 Printers Ln
        Collinsville VA 24078




******************************  CHECKING ACCOUNT  ******************************
ACCOUNT TITLE:         Ray P Reynolds
                       DBA Ray Reynolds Construction

BUSINESS CHECKING                           ITEM TRUNCATION
ACCOUNT NUMBER         @XXXXXXXXXX@4001     Statement Dates  12/01/17 thru 12/31/17
PREVIOUS BALANCE              4,124.02      DAYS IN THE STATEMENT PERIOD       31
   6 DEPOSITS/CREDITS        20,854.40
  42 CHECKS/DEBITS           17,025.08
SERVICE CHARGE                     .00
INTEREST PAID                      .00
ENDING BALANCE                7,953.34
```

|                           | Total For This Period | Total Year-to-Date |
|---------------------------|----------------------:|-------------------:|
| TOTAL OVERDRAFT FEES      | $.00                  | $468.00            |
| TOTAL RETURNED ITEM FEES  | $.00                  | $.00               |

```
--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - - CREDITS - - - - - - - - - - - - - - - - *
DATE       DESCRIPTION                                  AMOUNT
12/04      DEPOSIT                                    6,782.10
12/06      DEPOSIT                                    3,800.00
12/08      DEPOSIT                                    3,300.00
12/14      DEPOSIT                                    1,151.50
12/20      DEPOSIT                                    4,930.00
12/27      DEPOSIT                                      890.80

--------------------------------------------------------------------------------
```

```
                                              Date 12/29/17           Page    2
                                              ACCOUNT NO.     @XXXXXXXXXX@4001
                                              ENCLOSURES
```

```
BUSINESS CHECKING                 @XXXXXXXXXX@4001  (Continued)
* - - - - - - - - - - - - - - - - - - DEBITS - - - - - - - - - - - - - - - - - *
DATE      DESCRIPTION                                AMOUNT
12/11     PAYMENT    CHRYSLER CAPITAL                600.00-
          021000025074835
          TEL
12/14     Phone/In- Transfer                         300.00-
          Per: Ray reynolds
12/15     CABLE SVC   COMCAST                        141.23-
          021000024291294
          TEL
12/15     USATAXPYMT IRS                           1,082.50-
          RAY REYNOLDS
          061036010240274 CCD
12/19     TAX PAYMEN VA DEPT TAXATION                200.00-
          REYNOLDS, RAY P.
          061000102468492 CCD
12/19     ONLINE PMT CAPITAL ONE                     450.00-
          8889431637REYNOLDSRAY
          051405517562740 CCD
12/21     VEHICLE    VIRGINIA DMV ECK                 44.75-
          REYNOLDS JR, RAY PAIGE
          091000014477569 CCD
12/21     VEHICLE    VIRGINIA DMV ECK                 59.75-
          REYNOLDS JR, RAY PAIGE
          091000014477587 CCD

--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - CHECKS PAID - - - - - - - - - - - - - - - - - *
DATE  CHECK NO       AMOUNT DATE  CHECK NO       AMOUNT DATE  CHECK NO     AMOUNT
12/20                600.00 12/20    230*        252.54 12/05    387*      293.69
12/04    390*      1,708.36 12/19    392*        681.32 12/05    393       410.00
12/05    394         410.00 12/06    395       1,068.53 12/04    396        86.75
12/05    398*         53.50 12/04    400*         91.92 12/07    401       147.36
12/06    402         116.96 12/06    403       1,000.00 12/12    404       107.13
12/13    405          61.01 12/19    406         849.58 12/18    407       410.00
12/14    408         410.00 12/12    409       1,650.00 12/18    410        74.20
* DENOTES MISSING CHECK NO.
```

```
                                          Date 12/29/17          Page    3
                                          ACCOUNT NO.     @XXXXXXXXXX@4001
                                          ENCLOSURES
```

```
BUSINESS CHECKING                 @XXXXXXXXXX@4001  (Continued)
* - - - - - - - - - - - - - - - - -  CHECKS PAID  - - - - - - - - - - - - - - - *
DATE   CHECK NO         AMOUNT DATE   CHECK NO         AMOUNT DATE   CHECK NO         AMOUNT
12/18      411           81.06 12/12      412          500.00 12/13      413           66.19
12/14      414          140.00 12/20      416*          94.02 12/19      417          430.69
12/19      418          430.69 12/27      419          284.46 12/26      420          523.36
12/22      421          161.15 12/22      422           91.00 12/27      426*         430.69
12/27      427          430.69
* DENOTES MISSING CHECK NO.

--------------------------------------------------------------------------------

* - - - - - - - - - - - - - - -  DAILY BALANCE SUMMARY  - - - - - - - - - - - - *
DATE               BALANCE DATE               BALANCE DATE               BALANCE
12/01             4,124.02 12/04             9,019.09 12/05             7,851.90
12/06             9,466.41 12/07             9,319.05 12/08            12,619.05
12/11            12,019.05 12/12             9,761.92 12/13             9,634.72
12/14             9,936.22 12/15             8,712.49 12/18             8,147.23
12/19             5,104.95 12/20             9,088.39 12/21             8,983.89
12/22             8,731.74 12/26             8,208.38 12/27             7,953.34
```

```
                                        Date 11/30/17         Page    1
                                        ACCOUNT NO.    @XXXXXXXXXX@4001
                                        ENCLOSURES




        Ray P Reynolds
        DBA Ray Reynolds Construction
        65 Printers Ln
        Collinsville VA 24078




******************************  CHECKING ACCOUNT  ******************************
ACCOUNT TITLE:          Ray P Reynolds
                        DBA Ray Reynolds Construction

BUSINESS CHECKING                        ITEM TRUNCATION
ACCOUNT NUMBER          @XXXXXXXXXX@4001 Statement Dates  11/01/17 thru 11/30/17
PREVIOUS BALANCE               1,603.17  DAYS IN THE STATEMENT PERIOD         30
     9 DEPOSITS/CREDITS       30,602.56
    54 CHECKS/DEBITS          28,081.71
SERVICE CHARGE                      .00
INTEREST PAID                       .00
ENDING BALANCE                 4,124.02
```

|                           | Total For This Period | Total Year-to-Date |
|---------------------------|----------------------:|-------------------:|
| TOTAL OVERDRAFT FEES      | $.00                  | $468.00            |
| TOTAL RETURNED ITEM FEES  | $.00                  | $.00               |

```
--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - - CREDITS - - - - - - - - - - - - - - - - *
DATE       DESCRIPTION                                       AMOUNT
11/01      DEPOSIT                                           633.00
11/02      DEPOSIT                                         3,269.00
11/07      DEPOSIT                                         3,075.00
11/07      DEPOSIT                                         4,500.00
11/14      DEPOSIT                                         2,872.16
11/17      DEPOSIT                                        11,803.00
11/20      DEPOSIT                                         1,575.00
11/24      DEPOSIT                                           375.40
11/29      DEPOSIT                                         2,500.00
```

```
                                                Date 11/30/17          Page    2
                                                ACCOUNT NO.   @XXXXXXXXXX@4001
                                                ENCLOSURES
```

```
BUSINESS CHECKING                  @XXXXXXXXXX@4001  (Continued)
--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - DEBITS  - - - - - - - - - - - - - - - - - *
DATE    DESCRIPTION                                         AMOUNT
11/02   ONLINE PMT CAPITAL ONE                              250.00-
        8557997927REYNOLDSRAY
        051405517449590 CCD
11/03   BILLPAYFEE BILLMATRIX                                 2.95-
        031101116762331
        TEL
11/03   BILL PAY    AEP APPALACHIAN                         112.78-
        031101116802181
        TEL
11/06   Transf to Rayzors Edge                              600.00-
        Confirmation number 1106170014
11/06   CreditUnio CreditUnionLoan                          609.12-
        RAY REYNOLDS CONSTRUCT
        091000015795595     PPD
11/08   ONLINE PMT CAPITAL ONE                              402.18-
        8889431637REYNOLDSRAY
        051405519735777 CCD
11/08   PAYMENT     CHRYSLER CAPITAL                        600.00-
        021000021379313
        TEL
11/10   RSIBILLPAY REPUBLICSERVICES                          95.10-
        051000018925223
        WEB
11/15   USATAXPYMT IRS                                      866.00-
        RAY REYNOLDS
        061036010092510 CCD
11/16   CABLE SVC   COMCAST                                 142.47-
        021000027259206
        WEB
11/16   ONLINE PMT CAPITAL ONE                              400.00-
        8889431637REYNOLDSRAY
        051405513240617 CCD
11/17   TAX PAYMEN VA DEPT TAXATION                         160.00-
        REYNOLDS, RAY P.
```

```
                                              Date 11/30/17        Page     3
                                              ACCOUNT NO.    @XXXXXXXXXX@4001
                                              ENCLOSURES




BUSINESS CHECKING                 @XXXXXXXXXX@4001  (Continued)

* - - - - - - - - - - - - - - - - - - DEBITS  - - - - - - - - - - - - - - - - - *
DATE       DESCRIPTION                                AMOUNT
           061000100522742 CCD
11/20      ONLINE PMT CAPITAL ONE                      93.00-
           8889431637REYNOLDSRAY
           051405516529688 CCD
11/21      ONLINE PMT CAPITAL ONE                     287.27-
           8889431637REYNOLDSRAY
           051405510227116 CCD
11/27      BILL PYMNT ACHMA VISB                      155.49-
           021000023528242
           WEB
11/28      ONLINE PMT CAPITAL ONE                     300.00-
           8889431637REYNOLDSRAY
           051405511829976 CCD
11/30      CreditUnio CreditUnionLoan                 607.56-
           RAY REYNOLDS CONSTRUCT
           091000011237472      PPD


--------------------------------------------------------------------------------

* - - - - - - - - - - - - - - - - CHECKS PAID  - - - - - - - - - - - - - - - - *
DATE   CHECK NO       AMOUNT DATE   CHECK NO      AMOUNT DATE   CHECK NO       AMOUNT
11/24                 350.00 11/20     312*    1,249.34 11/24      326*        206.39
11/10    333*         250.00 11/07     357*      410.00 11/01      358         410.00
11/02    359        1,523.88 11/03     360        87.39 11/07      361          43.70
11/03    362          850.00 11/01     363       410.00 11/07      364         410.00
11/21    365          460.08 11/10     366        45.52 11/07      367         597.61
11/10    368          108.58 11/10     369        50.00 11/14      370         410.00
11/14    371          410.00 11/13     372     1,650.00 11/16      373         248.03
11/22    374          250.00 11/13     375       600.00 11/27      376         153.33
11/17    377          300.00 11/24     378       579.24 11/20      379       7,657.68
11/21    380          410.00 11/21     381       410.00 11/22      382          72.40
11/21    383          181.95 11/28     385*      410.00 11/28      386         410.00
11/29    388*         556.15 11/29     389        99.00 11/29      391*         68.35
11/30    397*          59.17
* DENOTES MISSING CHECK NO.
```

```
                                            Date 11/30/17        Page     4
                                            ACCOUNT NO.   @XXXXXXXXXX@4001
                                            ENCLOSURES
```

```
BUSINESS CHECKING                 @XXXXXXXXXX@4001  (Continued)
--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - DAILY BALANCE SUMMARY - - - - - - - - - - - - *
DATE              BALANCE DATE              BALANCE DATE              BALANCE
11/01            1,416.17 11/02            2,911.29 11/03            1,858.17
11/06              649.05 11/07            6,762.74 11/08            5,760.56
11/10            5,211.36 11/13            2,961.36 11/14            5,013.52
11/15            4,147.52 11/16            3,357.02 11/17           14,700.02
11/20            7,275.00 11/21            5,525.70 11/22            5,203.30
11/24            4,443.07 11/27            4,134.25 11/28            3,014.25
11/29            4,790.75 11/30            4,124.02
```

```
                                        Date 10/31/17            Page    1
                                        ACCOUNT NO.      @XXXXXXXXXX@4001
                                        ENCLOSURES




        Ray P Reynolds
        DBA Ray Reynolds Construction
        65 Printers Ln
        Collinsville VA 24078




******************************  CHECKING ACCOUNT  ******************************
ACCOUNT TITLE:          Ray P Reynolds
                        DBA Ray Reynolds Construction

BUSINESS CHECKING                            ITEM TRUNCATION
ACCOUNT NUMBER           @XXXXXXXXXX@4001    Statement Dates  10/02/17 thru 10/31/17
PREVIOUS BALANCE                  3,740.64   DAYS IN THE STATEMENT PERIOD          30
    8 DEPOSITS/CREDITS           19,862.86
   47 CHECKS/DEBITS              22,000.33
SERVICE CHARGE                         .00
INTEREST PAID                          .00
ENDING BALANCE                    1,603.17
```

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|----------------------:|-------------------:|
| TOTAL OVERDRAFT FEES     |              $288.00  |           $468.00  |
| TOTAL RETURNED ITEM FEES |                 $.00  |              $.00  |

```
--------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - - CREDITS - - - - - - - - - - - - - - - - - *
DATE       DESCRIPTION                                    AMOUNT
10/04      DEPOSIT                                      5,340.80
10/13      DEPOSIT                                      1,000.00
10/16      DEPOSIT                                        600.00
10/17      Trsf from Rayzors Edge                         600.00
           Confirmation number 1017170090
10/18      DEPOSIT                                      3,374.80
10/20      DEPOSIT                                      2,947.26
10/20      DEPOSIT                                      3,000.00
10/27      DEPOSIT                                      3,000.00
```

```
                                        Date 10/31/17           Page    2
                                        ACCOUNT NO.     @XXXXXXXXXX@4001
                                        ENCLOSURES
```

BUSINESS CHECKING                @XXXXXXXXXX@4001  (Continued)

--------------------------------------------------------------------------------
\* - - - - - - - - - - - - - - - - - - DEBITS  - - - - - - - - - - - - - - - - - \*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | CreditUnio CreditUnionLoan<br>091000014787211<br>WEB | 606.00- |
| 10/12 | FEE-PAID ITEM DUE TO NSF | 36.00- |
| 10/12 | FEE-PAID ITEM DUE TO NSF | 36.00- |
| 10/13 | ONLINE PMT CAPITAL ONE<br>8557997927REYNOLDSRAY<br>051405516641450 CCD | 377.38- |
| 10/13 | FEE-PAID ITEM DUE TO NSF | 36.00- |
| 10/13 | 8555635635 WU CHRYSLER CAPI<br>091000015791334<br>TEL | 600.07- |
| 10/13 | FEE-PAID ITEM DUE TO NSF | 36.00- |
| 10/16 | CABLE SVC   COMCAST<br>021000022396726<br>WEB | 166.94- |
| 10/16 | FEE-PAID ITEM DUE TO NSF | 36.00- |
| 10/17 | FEE-PAID ITEM DUE TO NSF | 36.00- |
| 10/23 | USATAXPYMT IRS<br>RAY REYNOLDS<br>061036010028357 CCD | 84.00- |
| 10/23 | USATAXPYMT IRS<br>RAY REYNOLDS<br>061036010028159 CCD | 866.00- |
| 10/24 | DEBIT MEMO | 3,000.00- |
| 10/25 | TAX PAYMEN VA DEPT TAXATION<br>REYNOLDS, RAY P.<br>061000101798238 CCD | 160.00- |
| 10/26 | FEE-PAID ITEM DUE TO NSF | 36.00- |
| 10/26 | FEE-PAID ITEM DUE TO NSF | 36.00- |
| 10/30 | BILL PYMNT ACHIVR VISB<br>021000021771863<br>TEL | 153.99- |

```
                                                Date 10/31/17          Page   3
                                                ACCOUNT NO.    @XXXXXXXXXX@4001
                                                ENCLOSURES
```

```
BUSINESS CHECKING                      @XXXXXXXXXX@4001   (Continued)
-------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - - - CHECKS PAID - - - - - - - - - - - - - - *
DATE  CHECK NO         AMOUNT DATE  CHECK NO         AMOUNT DATE  CHECK NO         AMOUNT
10/12      297       1,171.05 10/06      310*      1,000.00 10/04      315*      1,016.50
10/03      327*        224.18 10/03      329*        410.00 10/03      330         410.00
10/05      331         130.66 10/10      332         578.01 10/03      334*        162.22
10/10      335         759.32 10/06      336       1,683.01 10/06      337         450.00
10/10      338          20.13 10/11      339         410.00 10/11      340         410.00
10/10      341         344.97 10/17      342         315.64 10/24      343         192.80
10/12      344         143.20 10/18      345         410.00 10/20      346         671.57
10/18      347         410.00 10/20      348         178.48 10/20      349       1,000.00
10/26      350         410.00 10/26      351         410.00 10/30      352         400.00
10/26      354*      1,789.10 10/27      355          87.11 10/26      356         100.00
* DENOTES MISSING CHECK NO.
-------------------------------------------------------------------------------
* - - - - - - - - - - - - - - - - DAILY BALANCE SUMMARY - - - - - - - - - - - *
DATE            BALANCE DATE              BALANCE DATE              BALANCE
10/02          3,134.64 10/03            1,928.24 10/04            6,252.54
10/05          6,121.88 10/06            2,988.87 10/10            1,286.44
10/11            466.44 10/12              919.81- 10/13             969.26-
10/16            572.20- 10/17             323.84- 10/18           2,230.96
10/20          6,328.17 10/23            5,378.17 10/24            2,185.37
10/25          2,025.37 10/26              755.73- 10/27           2,157.16
10/30          1,603.17
```