```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
RAY REYNOLDS,                             :   17cv6720(DLC)
                                          :
                    Plaintiff,            :   ORDER
                                          :
            -v-                           :
                                          :
HEARST COMMUNICATIONS, INC.,              :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On March 12, 2018, plaintiff Ray Reynolds filed a motion for reconsideration of the Court's March 5 Opinion granting defendant Hearst Communications, Inc.'s request for a bond. Accordingly, it is hereby

ORDERED that any opposition shall be filed by **March 19, 2018**. Any reply shall be filed **March 21, 2018**. The parties shall provide the Court with two courtesy copies at the time they file their submissions.

SO ORDERED:

Dated:   New York, New York
         March 13, 2018

                                        _____
                                              DENISE COTE
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-13-2018