UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
RAY REYNOLDS,                         :    17cv6720(DLC)
                                      :
                      Plaintiff,      :    ORDER
                                      :
          -v-                         :
                                      :
HEARST COMMUNICATIONS, INC.,          :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/2018

DENISE COTE, District Judge:

On March 5, 2018, the Court granted defendant's motion for a bond. Reynolds v. Hearst, 17cv56270 (DLC), 2018 WL 1229840 (S.D.N.Y. Mar. 5, 2018) ("March 5 Opinion"). The March 5 opinion required the plaintiff to file a bond with the Clerk of Court in the amount of ten thousand dollars ($10,000) by Friday, March 16. On March 20, the action was stayed. On March 29, the Court denied plaintiff's March 12 motion for reconsideration of the March 5 Opinion. 17cv56270 (DLC), 2018 WL 1602867 (S.D.N.Y. Mar. 29, 2018). To date, the plaintiff has not paid the bond.

Local Civil Rule 54.2 provides:

> The Court, on motion or on its own initiative, may order any party to file an original bond for costs or additional security for costs in such an amount and so conditioned as it may designate. For failure to comply with the order the Court may make such orders in regard to noncompliance as are just, and among others the following: an order striking out pleadings or staying further proceedings until the bond is filed or dismissing the action or rendering a judgment by default against the non-complying party.

S.D.N.Y. Local Civ. R. 54.2. Accordingly, it is hereby

ORDERED that the plaintiff show cause before this Court, at Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007, **on June 8, 2018 at 9:30 a.m.**, why this action should not be dismissed with prejudice.

Dated: New York, New York
       May 24, 2018

                                                  _____
                                                  DENISE COTE
                                          United States District Judge