

May 25, 2018

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Reynolds v. Hearst Communications, Inc. (1:17-cv-06720-DLC)*

Dear Judge Cote,

We represent Plaintiff, Ray Reynolds, in the above in-captioned case. The parties have resolved the case. The parties respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final notice of dismissal by such time.

The Court's consideration is much appreciated.

                                                Respectfully submitted,

                                                /s/Richard Liebowitz
                                                Richard P. Liebowitz

                                                *Counsel for Plaintiff Ray Reynolds*

