UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
RAY REYNOLDS,                          :    17cv6720(DLC)
                                       :
                Plaintiff,             :    ORDER OF
                                       :    DISCONTINUANCE
        -v-                            :
                                       :
HEARST COMMUNICATIONS, INC.,           :
                                       :
                Defendant.             :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **June 28, 2018**.

   IT IS FURTHER ORDERED that the hearing scheduled for June 8 is adjourned sine die.


Dated:    New York, New York
          May 29, 2018

                                    _____
                                              DENISE COTE
                                    United States District Judge